UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORGE S. THEODORE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 09-10831-JGD |
| | ) | |
| HACKER BOAT COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# FINAL JUDGMENT AGAINST WILLIAM J. MORGAN

May 5, 2011

DEIN, Ch. U.S.M.J.

Pursuant to Fed. R. Civ. P. 55(b)(2), judgment is hereby entered in favor of the plaintiff George S. Theodore and against the defendant William J. Morgan, only, in the amount of $168,236.00. Interest shall begin to run from the date of this judgment.

Pursuant to Fed. R. Civ. P. 54(b), this court expressly finds that there is no just reason for delay of the entry of final judgment against this defendant. William J. Morgan has failed to appear in this action, and the judgment against him raises distinct issues and is separate and apart from the claims against the remaining defendants.

          / s / Judith Gail Dein
          Judith Gail Dein
          U.S. Magistrate Judge